CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:26-MJ-70457-MAG |
| Plaintiff, | |
| v. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| DANIEL MORENO-GAMA, | |
| Defendant. | |

TO:    The Honorable THOMAS S. HIXSON, United States District Judge for the Northern District of California

    Assistant United States Attorney Alexis James respectfully request that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner DANIEL MORENO-GAMA, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

/ / /

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM [CASE NO. 3:26-MJ-70457-MAG]

The prisoner, DANIEL MORENO-GAMA, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and therefore petitioner prays that the Court issue the Writ as presented.

DATED:  April 29, 2026                                            Respectfully Submitted,

                                                                 CRAIG H. MISSAKIAN
                                                                 United States Attorney


                                                                 _____/s/_____
                                                                 ALEXIS JAMES
                                                                 Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM  [CASE NO. 3:26-MJ-70457-MAG]

2