JODI LINKER
Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 26-70457 |
| Plaintiff, | DEFENDANT'S ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS |
| v. | |
| Daniel Moreno Gama | |
| Defendant. | |

I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____
(Defendant's signature)

JODI LINKER_____
(Attorney's name printed)

_____
(Attorney's signature)

Date: 5/1/26_____

Orally conveyed to AUSA
on 4/29/26

Time: 9:30_____ am/pm