CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    FAX: (415) 436-7234
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 26-MJ-70457 |
|     Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING/ARRAIGNMENT ON INDICTMENT FROM MAY 12, 2026, TO MAY 18, 2026, AND [PROPOSED] ORDER |
|   v. | |
| DANIEL MORENO-GAMA, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant DANIEL MORENO-GAMA, that the Preliminary Hearing/Arraignment on Indictment currently scheduled for Tuesday, May 12, 2026 be continued to Monday, May 18, 2026.

At the initial appearance held on May 1, 2026, the defendant made his initial appearance on the filed complaint. The parties agreed to schedule the next appearance for May 12, 2026 without any waiver of time under Federal Rule of Criminal Procedure 5.1 or exclusion of time under the Speedy Trial Act. The defendant's state case scheduled an appearance for May 12, 2026. Given the defendant will need to be present on May 12, 2026 in local court, the parties stipulate to move this matter to May 18, 2026.

The parties stipulate to this continuance without any waiver under FRCP 5.1 or exclusion under

the Speedy Trial Act.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 7, 2026            _____/s/_____

ALEXIS JAMES
Assistant United States Attorney


DATED: May 7, 2026            _____/s/_____

JODI LINKER
Counsel for Defendant DANIEL MORENO-GAMA

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7196
FAX: (415) 436-7234
Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 26-MJ-70457 |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DANIEL MORENO-GAMA, | |
| Defendant. | |

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, IT IS HEREBY ORDERED that the Preliminary Hearing/Arraignment on Indictment scheduled for Tuesday, May 12, 2026 be continued to Monday, May 18, 2026.

IT IS SO ORDERED.

DATED: _____

_____
THOMAS S. HIXSON
United States District Judge