CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:26-MJ-70457-MAG |
| Plaintiff, | ) ) | |
| v. | ) ) ) | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| DANIEL MORENO-GAMA, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

TO:     The Honorable THOMAS S. HIXSON, United States Magistrate Judge for the Northern District

of California

Assistant United States Attorney Alexis James respectfully request that the Court issue a Writ of

Habeas Corpus Ad Prosequendum for the person of prisoner DANIEL MORENO-GAMA, whose place

of custody or jailor are set forth in the requested Writ, attached hereto.

/ / /

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM  [CASE NO. 3:26-MJ-70457-MAG]

The prisoner, DANIEL MORENO-GAMA, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and therefore petitioner prays that the Court issue the Writ as presented.

DATED: May 7, 2026

Respectfully Submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
ALEXIS JAMES
Assistant United States Attorney

PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM  [CASE NO. 3:26-MJ-70457-MAG]
2

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 3:26-MJ-70457-MAG |
|     Plaintiff, | ) |
| | ) [PROPOSED] ORDER GRANTING PETITION |
|     v. | ) FOR WRIT OF HABEAS CORPUS AD |
| | ) PROSEQUENDUM |
| DANIEL MORENO-GAMA, | ) |
|     Defendant. | ) |
| | ) |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas

Corpus Ad Prosequendum requiring the production of defendant DANIEL MORENO-GAMA, before

this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, is granted and the

Writ shall be issued as presented.


DATED: _May 7, 2026_           _____

                         HON. THOMAS S. HIXSON
                         United States Magistrate Judge


[PROPOSED] ORDER
CASE NO. 3:26-MJ-70457-MAG

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    JAY BIEBER, United States Marshal for the Northern District of California and PAUL MIYAMOTO, San Francisco County Sheriff, and/or any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of DANIEL MORENO-GAMA, who is in the custody of the San Francisco County Sheriff's Office at the San Francisco County Jail located at 425 7th Street, San Francisco, California 94103 before the Honorable THOMAS S. HIXSON, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, Courtroom E, San Francisco, California 94102 on May 18, 2026 at 11:00 am, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court.

DATED: _____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
    DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:26-MJ-70457-MAG