JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant MORENO-GAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL MORENO-GAMA,<br><br>Defendants. | Case No. CR 26-228 WHO<br><br>**STIPULATION TO EXCLUDE TIME FROM OCTOBER 1, 2026, TO DECEMBER 3, 2026, AND ORDER TO CONTINUE STATUS CONFERENCE** |

The above captioned case is currently scheduled for a status conference before this Court on October 1, 2026, at 1:30 p.m. Mr. Moreno-Gama's preliminary hearing in his related state court matter is now scheduled for November 4, and may continue throughout November. The parties agree that it is appropriate to wait until after that proceeding to appear before this Court. Accordingly, the parties stipulate and agree that the matter should be continued to December 3, 2026, at 1:30 p.m., or as soon thereafter as the Court is available.

It is further stipulated by and between counsel for the United States and counsel Mr. Moreno-Gama, that time be excluded under the speedy trial act from October 1, 2026, through December 3, 2026. The government is continuing to produce discovery, so the parties agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery produced and to be produced.

For this reason, the parties stipulate and agree that excluding time until December 3, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from October 1, 2026, through December 3, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

SO STIPULATED.

Date: 9/30/26

/S
ALEXIS JAMES
Assistant U.S. Attorney

Date: 9/30/26

/S
JODI LINKER
Attorney for Defendant

IT IS SO ORDERED.

October 1, 2026

Date:

WILLIAM H. ORRICK
United States District Judge